PS 42
(Rev. 7/93)

# United States District Court
## FOR THE
## Western District Of Pennsylvania

| | |
|---|---|
| United States of America )  | |
| ) | |
| vs. ) | |
| ) | |
| Michael Alan Hilliard ) | Case No. 0315 2:08CR00250-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Alan Hilliard, have discussed with John Kuklar, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit his person, property, house, residence, vehicle, papers, effects, computers, and other electronic communication or data storage devices or media, to search at any time with or without warrant by any law enforcement or probation officer based upon reasonable suspicion of contraband, evidence of a violation of a condition of release, or unlawful conduct by the defendant. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 2-25-09      _____ 2-25-09
Signature of Defendant      Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 2-25-09
Signature of Defense Counsel             Date

☑ The above modification of conditions of release is ordered, to be effective on  3/14/09
☐ The above modification of release is *not* ordered.

_____                 3/14/09
Signature of Judicial Officer            Date