IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-250 |
| | ) |
| MICHAEL ALAN HILLIARD, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 30th day of March, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 16, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, April 13, 2009 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
Assistant United States Attorney

Franklin L. Robinson, Esquire
5907 Penn Avenue
Suite 200
Pittsburgh, PA  15206

U.S. Marshal

U.S. Pretrial Services

U.S. Probation