IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal No. 8-250 |
| | ) | |
| MICHAEL ALAN HILLIARD, | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST MICHAEL ALAN HILLIARD

AND NOW, this 15th day of June, 2009, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Michael Alan Hilliard in the following property (the "Subject Property") are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): a Dell Latitude CPi laptop computer with associated IDE IBM TravelStar hard drive (serial number 11S31L9718Z1M000QD3106).

2. This Order of Forfeiture Against Michael Alan Hilliard is made part of the criminal judgment against Michael Alan Hilliard and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____ J.