IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Criminal No. 08-250 |
| ) | |
| MICHAEL HILLIARD, ) | |
| ) | |
| Defendant ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 18th day of Sept, 2009, it is hereby ORDERED, ADJUDGED and DECREED that the a Dell Latitude CPi laptop computer with associated IDE IBM TravelStar hard drive (serial number 11S31L9718Z1M000QD3106) are hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation, Michael Hilliard.

_____
United States District Court